UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GUADALUPE ARCOS,

                    Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------------X

JUDGMENT
97-CV- 3739 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 7, 2005, denying defendant's motion for judgment on the pleadings; granting plaintiff's cross-motion for judgment on the pleadings; reversing the Commissioner's decision that plaintiff was not disabled during the relevant period before June 10, 1999; and remanding the case to the Commissioner solely for the calculation of benefits; it is

       ORDERED and ADJUDGED that defendant's motion for judgment on the pleadings is denied; that plaintiff's cross-motion for judgment on the pleadings is granted; that the Commissioner's decision that plaintiff was not disabled during the relevant period before June 10, 1999 is reversed; and that the case is remanded to the Commissioner solely for the calculation of benefits.

Dated: Brooklyn, New York
         December 07, 2005

                                                     ROBERT C. HEINEMANN
                                                     Clerk of Court