FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ JAN 26 2007 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GUADALUPE ARCOS,

                      Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
------------------------------------------------------------ X

97 CV 3739 (ARR)(SMG)

NOT FOR
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated January 5, 2007 from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have been filed. Having conducted a review of the record, I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's application for "bad faith" fees under 28 U.S.C. § 2412(b) is denied. Plaintiff's application for fees under 28 U.S.C. § 2412(d) is granted in part, and plaintiff is awarded $14,308.76 for attorneys' fees and travel and clerical costs incurred in litigating this action. The Clerk of the Court is directed to enter judgment accordingly.

    SO ORDERED.

                                            _____
                                            Allyne R. Ross
                                            United States District Judge

Dated: January 24, 2007
       Brooklyn, New York

SERVICE LIST:

        <u>Counsel for the Plaintiff</u>
        Wendy Brill
        9 Murray Street
        New York, NY 10007

        <u>Counsel for the Defendant</u>

        Charles Peter Kelly
        United States Attorneys Office
        Eastern District of New York
        610 Federal Plaza
        Central Islip, NY 11722

        Karen Thompson Callahan
        Social Security Adm. Office
        26 Federal Plaza, Room 3904
        New York, NY 10278


cc:        Magistrate Judge Gold